ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1551. PILIPSHEN v. IBM CORP. C. A. 2d Cir. Certiorari denied.

No. 01–1553. OHIO v. REINER. Sup. Ct. Ohio. Certiorari denied.

No. 01–1560. BARRIOS v. FLORIDA BOARD OF REGENTS ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1564. CHAMBERS v. STERN ET AL. Sup. Ct. Ark. Certiorari denied.

No. 01–1571. DUHON ET AL. v. POLICE JURY OF VERMILLION PARISH, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1578. MEDICAL ASSURANCE OF WEST VIRGINIA, INC. v. PIZARRO ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 01–1581. IDG, INC., ET AL. v. CONTINENTAL CASUALTY CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–1583. THURLWELL v. WALT DISNEY PICTURES & TELEVISION, INC. C. A. 9th Cir. Certiorari denied.

No. 01–1587. DAHLZ v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–1590. WRIGHT v. DAIGLE, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir. Certiorari denied.

No. 01–1597. DUNN v. KEAN. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–1598. CLARK v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–1606. DUNN v. KEAN. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.